400 A.2d 621

Leirer v. J. J. White et al.

Appeal of Barclay White, Inc.

Reargument Denied Feb. 20, 1979.

Argued September 14, 1978. Joseph H. Foster, for appellant; William Goldstein, for appellee, Thomas R. Leirer.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Orders affirmed.

400 A.2d 621

Levy, Appellant, v. Levy.

Reargument Denied Feb. 14, 1979.

Petition for Allowance of Appeal Denied April 11, 1979.

Argued December 9, 1978. Joyce Ullman, for appellant; Jack A. Rounick, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.